RAYMOND YOUNG, Appellant, v JOSEPH QUATELA et al., Defendants, and KEVIN WERNER et al., Respondents. [951 NYS2d 882]—

Contrary to the plaintiff's contention, the Supreme Court properly granted that branch of the motion of the defendants Kevin Werner and Long, Tuminello, Besso, Seligman, Werner & Sullivan, LLP, which was, in effect, pursuant to CPLR 3211 (a) (1) to dismiss the third and fourth causes of action.

The plaintiff's remaining contentions are without merit. Angiolillo, J.P., Hall, Cohen and Miller, JJ., concur.